JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

Armenak Khukoyan

    Plaintiff,

v.

Discover Products Inc et al

    Defendants.

Case No. CV 16-06279-AB (JEMx)

ORDER DISMISSING CIVIL ACTION

  THE COURT having been advised by counsel that the above-entitled action has been settled;

  IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **60 days,** to re-open the action if settlement is not consummated. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated: January 13, 2017     _____

              ANDRÉ BIROTTE JR.
              UNITED STATES DISTRICT JUDGE

1.