# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ARMENAK KHUKOYAN,** | Case No. 2:16-cv-06279-AB-JEMx |
| Plaintiff, | **ORDER** |
| vs. | |
| **DISCOVER BANK**, | |
| Defendant. | |

IT IS HEREBY ORDERED that pursuant to the Stipulation of the parties this matter is dismissed with prejudice as to Defendant Discover Bank, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear their own costs and attorneys' fees.

DATED: January 30, 2017

The Honorable André Birotte Jr.